UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CEDRIC BISHOP, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

FLAGLER COLLEGE, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:23-cv-9858

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, FLAGLER COLLEGE, INC., with prejudice and without fees and costs.

Dated: New York, New York
       February 5, 2024

                                **GOTTLIEB & ASSOCIATES PLLC**

                                */s/Michael A. LaBollita, Esq.*

                            Michael A. LaBollita, Esq., (ML-9985)
                               150 East 18th Street, Suite PHR
                                        New York, NY 10003
                                        Phone: (212) 228-9795
                                          Fax: (212) 982-6284
                                        Michael@Gottlieb.legal

                                            *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge